IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CIVIL ACTION |
| GREEN GOBLIN, INC. | : | |
| | | |
| GREEN GOBLIN, INC. | : | |
| Appellant, | : | |
| v. | : | NO. 12-4076 |
| WARREN SIMONS | : | |
| Appellee | : | |

**ORDER**

AND NOW, this 6th day of November, 2014, upon consideration of the Bankruptcy Court Orders dated June 18, 2009, August 14, 2009, March 9, 2010, March 17, 2010, January 18, 2011, February 8, 2011, July 27, 2011, May 11, 2012, and May 31, 2012, the Brief of Appellant (Docket No. 7), the Brief of Appellee (Docket No. 8), the Reply Brief of Appellant (Docket No. 9), and the designated record for appeal, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Bankruptcy Court's Orders are **AFFIRMED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.